January 29, 2016

**VIA ECF**

Hon. John G. Koeltl, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Garcia v. Capicua Corporation et al*, 15 CV 311 (JGK)

Dear Judge Koeltl:

     The undersigned represent the parties in the above-referenced matter. The parties request that the deadline for motions in limine or to birfucate and the deadline for the joint pretrial order be extended from January 29, 2016, until February 12, 2016. The parties also request that the deadline to be ready for trial be extended from February 12, 2016 until February 26, 2016. The parties request additional time to continue settlement negotiations, which are close to resolution. This request is the parties' first.

     We thank the Court for its time and consideration.

Yours,

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
John M. Gurrieri
jmgurrieri@zellerlegal.com
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFFS**

Hon. Koeltl, January 29, 2016, page 2

FOX ROTHSCHILD LLP

By: _____
Glenn S. Grindlinger
ggrindlinger@foxrothschild.com
100 PARK AVE RM 1500
NEW YORK, NY  10017-5551
Telephone: (212) 905-2305
Facsimile: (212) 692-0940
**ATTORNEYS FOR DEFENDANTS**